NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

COUNCIL FOR TRIBAL EMPLOYMENT RIGHTS,
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

2014-5003

Appeal from the United States Court of Federal Claims in No. 1:12-cv-00326-CFL, Judge Charles F. Lettow.

**JUDGMENT**

DANIEL S. PRESS, Van Ness Feldman, LLP, of Washington, DC, argued for plaintiff-appellant.

JOSEPH E. ASHMAN, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With him on the brief were STUART F. DELERY, Assistant Attorney General, BRYANT G. SNEE, Acting Director, and DONALD E. KINNER, Assistant Director.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (LOURIE, LINN, and PROST, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| May 14, 2014 | /s/  Daniel  E.  O'Toole |
|:---:|:---|
| Date | Daniel E. O'Toole |
| | Clerk of Court |